U.S. DISTRICT COURT – N.D. OF N.Y.

**FILED**

**May 21 - 2025**

John M. Domurad, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | Criminal No.    8:25-CR-222  (GTS) |
| ) | |
| **v.** ) | **Indictment** |
| ) | |
| **WENJIAN ZHUO,** ) | Violations:    21 U.S.C. §§ 846, 841(a)(1) |
| ) | and (b)(1)(C) |
| ) | [Conspiracy to Distribute and |
| **Defendant.** ) | Possess with Intent to |
| ) | Distribute a Controlled |
| ) | Substance] |
| ) | 21 U.S.C. § 841(a)(1) and |
| ) | (b)(1)(C) |
| ) | [Possession of a Controlled |
| ) | Substance with Intent to |
| ) | Distribute] |
| ) | |
| ) | Two Counts |
| ) | |
| ) | County of Offense:    Franklin |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**[Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance]**

On or about January 22, 2025, in Franklin County, in the Northern District of New York, and elsewhere, the defendant, **WENJIAN ZHUO**, and others, conspired to knowingly and intentionally distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1). That violation involved 50 kilograms or more of marijuana, a schedule I controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

## COUNT 2
### [Possession of a Controlled Substance with Intent to Distribute]

On or about January 22, 2025, in Franklin County, in the Northern District of New York, the defendant, **WENJIAN ZHUO**, knowingly and intentionally possessed with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1). That violation involved 50 kilograms or more of marijuana, a schedule I controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

Dated:   May 21, 2025

A TRUE BILL,

*name redacted

Grand Jury Foreperson

JOHN A. SARCONE III
United States Attorney

By:   _____
Douglas G. Collyer
Assistant United States Attorney
Bar Roll No. 519096

2