**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA,**

**v.**                                                          8:25-CR-0222
                                                               (GTS)

**WENJIAN ZHUO,**

**Defendant.**

---

## VERDICT FORM

1.      As for Count One of the Indictment, charging the Defendant with Possession of a Controlled Substance with Intent to Distribute in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), how do you unanimously find the Defendant?

GUILTY: __X__        NOT GUILTY: _____

> *If your verdict on Count One is "GUILTY," then answer Question 2. However, if your verdict on Count One is "NOT GUILTY," then do not answer Question 2 but instead answer Question 3.*

2.      Was the amount of marijuana 50 kilograms or more?

YES: __X__        NO: _____

> *If you have answered Question 2, then your verdict is complete: please sign this form and notify the Marshal. However, if you have not answered Question 2, then answer Question 3.*

3.      As for the lesser offense of Simple Possession of a Controlled Substance in Violation of 21 U.S.C. § 844(a), how do you unanimously find the Defendant?

GUILTY: _____        NOT GUILTY: _____

**FOREPERSON, PLEASE SIGN IN THE SPACE PROVIDED BELOW,**
**AND NOTIFY THE MARSHAL THAT YOU HAVE REACHED A VERDICT.**

Dated: February 18, 2026                    So say we all,

                                            *Name Redacted

                                            _____
                                            Foreperson

Jessica Wade
107 2076
3:47

CSO Dudley
2/18/2
3:4

**CLERK, U.S. DISTRICT COURT**
P.O. BOX 7367
100 S. CLINTON STREET
SYRACUSE, NEW YORK 13261-7367

**OFFICIAL BUSINESS**
**PENALTY FOR PRIVATE USE, $300**