# Fwd: Wenjian Zhuo regarding motion 33 and 29

From: Thomas Eddy (lawofficeofthomaseddy@gmail.com)

To: patrickbrackley@aol.com

Date: Tuesday, March 31, 2026 at 08:43 AM EDT

---------- Forwarded message ---------
From: **minxing zou** <minxingzou@gmail.com>
Date: Mon, Mar 30, 2026 at 9:43 AM
Subject: Fwd: Wenjian Zhuo regarding motion 33 and 29
To: Thomas Eddy <lawofficeofthomaseddy@gmail.com>

Sent from my iPhone

Begin forwarded message:

> **From:** minxing zou <minxingzou@gmail.com>
> **Date:** February 26, 2026 at 9:00:30 AM EST
> **To:** Todd Henry <thenry@thehenryfirm.biz>
> **Subject: Re: Wenjian Zhuo regarding motion 33 and 29**
>
> Hi, good morning. Mr. Todd.
> Could you please let me know once you have filed the rule 29 and send me a copy? Also, can you confirm whether you are able to request an extension for time for filing the rule 34 motion. Thank you for your time.
>
>> On Feb 25, 2026, at 2:18 PM, Todd Henry <thenry@thehenryfirm.biz> wrote:
>>
>> I will ask for an extension of time to file the motions
>>
>> Thank you,
>>
>> Todd E. Henry, Esq.
>> 1500 Walnut St., Ste 1060
>> Phila., PA 19102
>> (215) 545-7100 (office)
>> (215) 545-6611 (fax)
>> (215) 806-3470 (mobile)
>> THenry@thehenryfirm.biz
>>
>> CONFIDENTIALITY NOTICE: information contained in this communication is Privileged and Confidential Work Product Information and is intended for the sole use of the persons or entities who are the addressees. If you are not the intended recipient of this e-mail, the dissemination, distribution, copying or use of the information is strictly prohibited. If you have received

this transmission in error, please notify the sender by return e-mail and destroy this message in its entirety, including any attachments.

---

**From:** minxing zou <minxingzou@gmail.com>
**Sent:** Wednesday, February 25, 2026 2:07:11 PM
**To:** Todd Henry <thenry@thehenryfirm.biz>
**Subject:** Re: Wenjian Zhuo regarding motion 33 and 29

I understand that you may not believe a Rule 33 motion is appropriate in this case. However, I am very concerned about preserving wenjian's legal rights.

Because the deadline is approaching and I am in the process of consulting appellate counsel, I respectfully request that you please file a motion to **extend the time** to submit a Rule 33 motion on wenjian's behalf.

Please let me know as soon as possible whether you are willing to assist with filing this extension request, and if there would be any additional fee for doing so.

Thank you for your time and help.

Sent from my iPhone

On Feb 25, 2026, at 12:48 PM, Todd Henry <thenry@thehenryfirm.biz> wrote:

I have spoken with some other lawyers, one of which specializes in appeals, he does not believe that a Rule 33 is appropriate or meritorious.

Thank you,

Todd E. Henry, Esq.
1500 Walnut St., Ste 1060
Phila., PA 19102
(215) 545-7100 (office)
(215) 545-6611 (fax)
(215) 806-3470 (mobile)
THenry@thehenryfirm.biz

CONFIDENTIALITY NOTICE: information contained in this communication is Privileged and Confidential Work Product Information and is intended for the sole use of the persons or entities who are the addressees. If you are not the intended recipient of this e-mail, the dissemination, distribution, copying or use of the information is strictly prohibited. If you have received this transmission in error, please notify the sender by return e-mail and destroy this message in its entirety, including any attachments.

---

**From:** minxing zou <minxingzou@gmail.com>
**Sent:** Wednesday, February 25, 2026 10:01:40 AM
**To:** Todd Henry <thenry@thehenryfirm.biz>

**Cc:** Donna Lombardo <dlombardo@thehenryfirm.biz>
**Subject:** Wenjian Zhuo regarding motion 33 and 29

Hi, Mr. Todd

# After talking to wenjian, this is what he described. Wenjian wants to highlight the strongest points in the case that could support a Rule 33 motion for a new trial:

1.
**Incomplete Evidence Presented by the Prosecutor**

•
The jury did not see the full video evidence.

• The translation of the video was not a verbatim, word-for-word translation. Instead, it was presented as a summary of what was said.

• When a summarized translation is shown next to the video, viewers are naturally influenced by the summary and may overlook the speaker's actual tone, feelings, and precise wording. Because the jury did not understand Chinese, they were forced to rely completely on the summarized translation instead of the speaker's exact language.

•
The prosecutor selectively presented only partial evidence.
•
Full police reports were not disclosed.

• The police alleged that wenjian failed to identify himself after being stopped. However, they had no body-worn cameras, and his vehicle's cameras were deactivated by law enforcement.

• Therefore, there is no independent evidence to support the officers' claim, which undermines the reliability of the government's case.

This could be considered **prosecutorial misconduct**, as withholding or selectively presenting evidence may have denied wenjian a fair trial.
2.
**Evidence Presented in a Misleading Way**

•
Marijuana was displayed prominently to the jury with all the boxes open.

• the odor of marijuana evaporates faster when it is in a warm vs. cold environment. The courtroom was warm. Wenjian usually keeps his car as minimum heat or no heat, and his vehicle is hybrid.

- The jury spent extended time observing the evidence VS. actual limited time. (7 hours vs 30 minutes)
- The prosecutor emphasized the “quantity and smell” rather than factual context.

- The central issue in this case was whether wenjian had knowledge, not the amount and smell itself.

This may constitute **unfair prejudice**, because evidence was presented in a way that emotionally influenced the jury rather than allowing them to focus on the facts.

3.
**Improper Arguments by the Prosecutor**

- The prosecutor spent significant time describing how illegal items are transported from Canada to USA

- The prosecutor suggested that it was suspicious for wenjian to be in that location after driving for several hours. But wenjian is a professional driver and depends on driving for his livelihood. Long-distance driving is a normal and routine part of his work.

- wenjian does not have detailed knowledge of crime or safety conditions in different areas of the United States. Moreover, his vehicle recordings show that he frequently drove to other distant locations near New York, including Boston. For him, driving six to seven hours to a destination is entirely ordinary and not unusual in any way.

- The prosecutor states wenjian uses the word “marijuana” first. The actual conversation was a question not a statement.

- although the report said 207 bl marijuana. But the guy who was arrested called Eric told wenjian it was actually around 180bl.

- The government presented no evidence regarding wenjian’s personal and professional circumstances.
He is a professional driver with a registered company, wife is a doctor, and we were expecting the birth of our child at the relevant time.
These facts make it clear that wenjian had no motive or reason to commit the alleged offenses, further highlighting that the prosecution’s case is based on speculation rather than credible evidence.

- prosecutor’s statements may have been unrelated to the actual charges.
- This could have improperly influenced the jury’s impression of me.

1. inconsistent testimony

• One government witness claimed that wenjian acted suspiciously because I reacted to the presence of law enforcement. Yet another government witness testified that I acted suspiciously because I did not react to law enforcement.

• The government cannot logically argue that both reacting and not reacting are equally suspicious. This inconsistency undermines the credibility of the government's theory and highlights the speculative nature of its case.

1. Possible new evidences

• wenjian has three iPhone in his car. Wenjian pointed out he searched "Costco gas." When he tried to find a place to stop and check.

Overall, these points strongly suggest that the trial was unfair and that a new trial may be justified under Rule 33. And please also submit motion 29 before deadline. As discussed, the total additional fee is 5000, I can send you the check tonight if you are able to help us to submit the motions. Please let me know if you can assist in filing the motion based on these points.

Thank you,
Minxing Zou

Sent from my iPhone

--

Law Office of Thomas Eddy
300 Pelham Road, Suite 8R
New Rochelle, NY 10805
Tel: (917) 710-1098
Fax: (914) 740-5917
E-Fax
This email comes from a law firm and may be privileged and confidential. If received in error, please notify us and confirm your deletion of the email and its contents. Thank you.

"The limits of tyrants," Frederick Douglass said, "are prescribed by the endurance of those whom they oppress."