UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA,

                          :        NOTICE OF MOTION
          - against -         TO VACATE THE CONVICTION
                              AND DISMISS THE INDICTMENT
                          :

  WENJIAN ZHUO,                    25 cr 222 (GTS)

                Defendant.   :
--------------------------------------------------------x

SIR:

     PLEASE TAKE NOTICE that upon the annexed May 27**,** 2026 Affirmation of Patrick Brackley, the annexed exhibits, the accompanying Memorandum of Law and the files and records of the case, Mr. Zhuo moves this Court at the United States Courthouse at the James Hanley Federal Building, 11th Floor, 100 South Clinton Street, Syracuse, New York 13261 on a date suitable to the Court, to vacate his conviction and dismiss the indictment pursuant to <u>Brady v. Maryland</u>, Federal Rule Of Criminal Procedure 5(f) and Local Rules 12.1, 14.1(b)(2), (d)(2), (f) on the grounds that (1) the Government failed to promptly share (a) so much of Cooperating Witness-1's captured post-arrest phone conversation; (b) so much of Cooperating Witness-1's proffer; and (c) so much of the analysis of the contents of Cooperating Witness-1's cellular phone; as each exculpated defendant on Count One, the conspiracy count, and persuaded the Government to move to dismiss that count; or, alternatively (2) ordering that the Government disclose all of Cooperating Witness-1's captured phone conversations in their entirety, his entire proffer and the entire analysis of his phone before further briefing; and (3) order the Government to meet its statutory and due process obligations by disclosing *all* information relevant to sentencing to both the Probation Office and the defense; or, alternatively (4) scheduling a hearing

1

where the Government can explain under oath why it failed so completely to comply with the

Rule 5(f) Order yet represented that it had; and for such other, further relief as this Court may

deem just, equitable and proper.


Dated:  New York, New York
        May 27, 2026

_____
Patrick Brackley, Esq.
Attorney for Defendant Wenjian Zhuo
233 Broadway Suite 2370
New York, New York 10005
(212) 334-3736 2 Broadway



To:  Douglas Collyer
     Assistant United States Attorney
     Office of the United States Attorney
     Northern District of New York

2