# PATRICK J. BRACKLEY

−ATTORNEY AT LAW −
233 BROADWAY, SUITE 2370
NEW YORK, NY 10279
TEL. (212) 334-3736

May 28, 2026

<u>VIA ECF</u>

The Honorable Glenn T. Suddaby, Sr. U.S.D.J.
Northern District of New York
James Hanley Federal Building, 11th Floor,
100 South Clinton Street,
Syracuse, New York 13261

  Re: <u>United States v. Wenjian Zhuo</u> 25 CR 222 (GTS)

Dear Judge Suddaby:

  In that Mr. Zhuo has made the personal choice to publicize his actual innocence and his attorneys' efforts to exonerate him, I write pursuant to Local Rule 32.1(c) to seek the Court's permission to permit Mr. Zhuo or his attorneys to share the Presentence Report prepared in connection with his sentencing in the above-entitled matter, or pertinent portions thereof, with Dr. Min Xiang Zou, the mother of the 14-month-old daughter Mr. Zhuo has yet to see, Jennifer Gonnerman of The New Yorker magazine and her editors and such other members of the press or criminal justice advocacy organizations as express interest in his circumstances.

  In the interest of permitting the Court to make a fully informed decision, I will share that we expect that we will be citing pertinent portions of the PSR in our sentencing memorandum and other future filings which, pursuant to General Order 22 and Local Criminal Rule 1.2, it appears we must file by ECF and thus can be expected to become publicly available.

    Respectfully submitted,

    Patrick J. Brackley (PJB 6808)

cc: AUSA Douglas Collyer