# PATRICK J. BRACKLEY

-ATTORNEY AT LAW –
233 BROADWAY, SUITE 2370
NEW YORK, NY 10279
TEL. (212) 334-3736

June 29, 2026

VIA ECF

The Honorable Glenn T. Suddaby, Sr. U.S.D.J.
Northern District of New York
James Hanley Federal Building, 11th Floor,
100 South Clinton Street,
Syracuse, New York 13261

Re: United States v. Wenjian Zhuo 25 CR 222 (GTS)

Dear Judge Suddaby:

I write in response to the text order dated June 26 to inform the Court that the defense did not intend that its letter of June 19 (ECF 102) serve as a comprehensive response to the Government's Opposition and does not wish the Court to treat it as such now.

The letter was meant, first, to remind the Court that, by the Rule's legislative history and the Order's plain terms, the defense need not establish prejudice when, as here, the Government ignores a Rule 5(f) Order. Second the letter was meant, in an abundance of caution, to alert the Court that, were it to nevertheless believe it appropriate to employ a prejudice analysis in determining whether Mr. Zhuo deserves dismissal or any alternative relief, that the Government's stratagem of continuing its case-long cover-up by persisting in its refusal to disclose the disputed material stymies the defense's ability to argue particular prejudice. Finally, in that its (1) refusal to so state in the PSR or (2) acknowledge any reason to distinguish Mr. Zhuo's from the typical drug case, leaves it far from clear that the Probation Office understands that the Government has conceded that Mr. Zhuo was unaware when he accepted possession of the packages that they contained any contraband, disclosure of the material to the Probation Office and the defense is critical to compliance with Rule 32 and the Court's ability to provide Mr. Zhuo procedural due process in sentencing.

 CamScanner

2

Respectfully submitted,

_____
Patrick J. Brackley (PJB 6808)

cc: AUSA Douglas Collyer

CamScanner