# PATRICK J. BRACKLEY

− ATTORNEY AT LAW −
233 BROADWAY, SUITE 2370
NEW YORK, NY 10279
TEL. (212) 334-3736

July 24, 2026

<u>VIA ECF</u>

The Honorable Glenn T. Suddaby, Sr. U.S.D.J.
Northern District of New York
James Hanley Federal Building, 11th Floor,
100 South Clinton Street,
Syracuse, New York 13261

      Re: <u>United States v. Wenjian Zhuo</u> 25 CR 222 (GTS)

Dear Judge Suddaby:

      With sentencing currently scheduled for July 28, a number of motions, see ECF 92, 102, still pending and the briefing on one yet to be completed, I write in an abundance of caution to respectfully seek (1) clarification on how the Court intends to proceed in this matter and, in any event (2) pursuant to L.R. Cr. P. 12.1(d), a 30-day extension, until the week of August 24, of the sentencing date.

      It is my habit to prepare my clients, especially those, like Mr. Zhuo, who intend to make a statement, prior to sentencing.  As the Court may be aware, the Madison County Jail is well over 4 hours from my Manhattan offices.  I expected to travel to the area at least the day before sentencing to visit and prep my incarcerated client and stay locally through the sentencing.  Because the Court had yet to dispose of the two outstanding motions, see ECF 92, 102, I anticipated that it would extend sentencing *sua sponte*.  I have thus neglected to make the necessary arrangements, for overnight lodging and, more importantly, the Mandarin interpreter I need to speak with Mr. Zhuo before July 28.

      I have contacted the Government and it informs me that it "will defer to the Court on" this request.

Respectfully submitted,

Patrick J. Brackley (PJB 6808)


cc: AUSA Douglas Collyer