# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of July, two thousand twenty-six.

Before:      Myrna Pérez,
              *Circuit Judge.*

_____

In Re: Wenjian Zhuo,
        Petitioner.            **ORDER**
-----------------------------------------------

Wenjian Zhuo,           Docket No. 26-2043

        Petitioner,

   v.

United States of America,

        Respondent.

_____

Petitioner moves for an emergency stay of district court proceedings pending decision on his petition for a writ of mandamus. The Government opposes the motion.

IT IS HEREBY ORDERED that, to the extent the Petitioner seeks a temporary stay pending review by a three-Judge panel, the motion is DENIED. The motion is REFERRED to a three-Judge panel.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 07/27/2026