Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

**United States District Court**

NORTHERN ___ District of NEW YORK ___

Caption:

UNITED STATES _____ v.

WENJIAN ZHOU _____

Docket No.: 25CR222 GTS _____

Glenn T Suddaby _____

(District Court Judge)

Notice is hereby given that WENJIAN ZHUO _____ appeals to the United States Court of

Appeals for the Second Circuit from the judgment ✔, other | _____

(specify)

entered in this action on JULY 28, 2026 ___.

(date)

This appeal concerns: Conviction only |___| Sentence only |___| Conviction & Sentence |✔| Other |___|

Defendant found guilty by plea | | trial |✔| N/A | .

Offense occurred after November 1, 1987? Yes | | No |✔| N/A |

Date of sentence: JULY 28, 2026 ___ N/A |___|

Bail/Jail Disposition: Committed |✔| Not committed | | N/A |

Appellant is represented by counsel? Yes ✔ | No | | If yes, provide the following information:

Defendant's Counsel: PATRICK J. BRACKLEY

Counsel's Address: 233 BROADWAY, SUITE 2370

NEW YORK, NY 10279

Counsel's Phone: 9175237265

Assistant U.S. Attorney: DOUGLAS G.N. COLLYER

AUSA's Address: 14 DURKEE STREET, ROOM 340

PLATTSBURGH, NY 12901

AUSA's Phone: 518-314-7811

_____

Signature